No. 196. J. E. ARNOTT ET AL., PLAINTIFFS IN ERROR, v. SOUTHERN RAILWAY COMPANY. In error to the Supreme Court of the State of Tennessee. Argued January 26, 1914. Decided February 2, 1914. *Per Curiam.* Dismissed for want of jurisdiction. *Hammond* v. *Johnston,* 142 U. S. 73; *New Orleans* v. *N. O. Water Works Co.,* 142 U. S. 79; *Arkansas Southern R. R.* v. *German Bank,* 207 U. S. 270; *Waters-Pierce Oil Co.* v. *Texas,* 212 U. S. 112; *Rogers* v. *Jones,* 214 U. S. 196. *Mr. C. J. St. John* for the plaintiffs in error. *Mr. L. E. Jeffries* for the defendant in error.

---

No. 316. S. W. WASHINGTON ET AL., SURVIVING TRUSTEES, ETC., APPELLANTS, v. JOSEPH F. TEARNEY ET AL., SURVIVING EXECUTORS, ETC. Appeal from the United States Circuit Court of Appeals for the Fourth Circuit. Motion to dismiss or affirm submitted January 26, 1914. Decided February 2, 1914. *Per Curiam.* Dismissed for want of jurisdiction. *Chapman* v. *Bowen,* 207 U. S. 89; *Kenney* v. *Craven,* 215 U. S. 125; *Blake* v. *Openhym,* 216 U. S. 322; *J. W. Calnan Co.* v. *Doherty,* 224 U. S. 145. *Mr. James M. Mason, Jr.,* for the appellants. *Mr. Forrest W. Brown* and *Mr. R. T. Barton* for the appellee.